ANGELO ROSSI, Plaintiff, *v.* IRVING SHAPIRO and " JOHN DOE," Defendants, Respondents; SAMUEL N. KURTZ, Appellant.

Supreme Court, Appellate Term, First Department, January 17, 1933.

*Vernal J. Williams*, for appellant Kurtz.

*Arnstein & Levine* [*Sidney S. Levine* of counsel], for the respondents.

PER CURIAM. The appellant was not guilty of a " misbehavior in his office or trust " or of a " violation of duty therein," within the meaning of subdivision 1 of section 753 of the Judiciary Law, when he stored the car in a public garage after having taken the precautions revealed by the record. (*Depew* v. *Solomonowitz*, 48 App. Div. 512, 514.) Nor can he be charged with a willful disobedience of the court's mandate, since his inability to return the car was not the result of a contumacious act.

Order reversed, with ten dollars costs, and motion denied.

All concur; present, LYDON, FRANKENTHALER and UNTERMYER, JJ.